# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB, | ) |
| Petitioner, | ) |
| v. | ) No. 20-1503 |
| UNITED STATES DEPARTMENT OF ENERGY, | ) |
| Respondent. | ) |

## PETITIONER'S STATEMENT OF ISSUES

This case involves a petition to review the United States Department of Energy's (DOE) August 20, 2020, Final Order and Opinion granting authorization of the Alaska LNG Project under Section 3(a) of the Natural Gas Act, DOE/FE Order No. 3643-A, FE Docket No. 14-96-LNG.

The issues on appeal to this Court include:

1. Did the DOE adhere to NEPA requirements to take a hard look at impacts related to producing and/or sourcing the gas to be exported?

2. Did the DOE consider greenhouse gas impacts of end use of exported LNG under NEPA?

3. Did the DOE fail to meaningfully consider a no-action alternative?

Respectfully submitted this 19th day of January, 2021.

> /s/ **Nathan Matthews**
> Nathan Matthews
> Sierra Club
> 2101 Webster Street, Suite 1300
> Oakland, CA 94612
> Telephone: (415) 977-5695
> nathan.matthews@sierraclub.org
> *Attorney for Sierra Club*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 19th, 2021, I electronically filed the foregoing PETITIONER'S STATEMENT OF ISSUES with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Respectfully submitted this 19th day of January, 2021.

**/s/ Nathan Matthews**
Nathan Matthews