UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB,<br><br>    *Petitioner*<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF ENERGY,<br><br>    *Respondent*<br><br>ALASKA GASLINE DEVELOPMENT<br>CORPORATION,<br><br>    *Intervenor*<br><br>ALASKA LNG PROJECT, LLC,<br><br>    *Intervenor* | **No. 20-1503** |
| CENTER FOR BIOLOGICAL<br>DIVERSITY and SIERRA CLUB,<br><br>    *Petitioners*<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF ENERGY,<br>    *Respondent* | **No. 23-1214** |

**JOINT MOTION BY ALL PARTIES TO GOVERN FUTURE
PROCEEDINGS, TO CONSOLIDATE PETITIONS FOR REVIEW,
AND TO ENTER STIPULATED BRIEFING SCHEDULE**

On December 16, 2020, Sierra Club filed a petition for review (No. 20-1503) to challenge an order by the Department of Energy ("DOE"), DOE/FE Order No. 3643-A, which authorized exports of liquefied natural gas ("LNG") from a proposed project to be located in Alaska.  Alaska Gasline Development Corporation ("AGDC") and Alaska LNG Project LLC, were granted leave to intervene.  On June 30, 2021, this Court granted DOE's motion to hold the case in abeyance pending the completion of rehearing proceedings before DOE.  During those proceedings, DOE prepared a Supplemental Environmental Impact Statement under the National Environmental Policy Act to consider specified potential impacts relating to the export authorization.  On April 13, 2023, DOE issued a new record of decision and a new final order, DOE/FECM Order No. 3643-C, which reaffirmed and amended DOE/FE Order No. 3643-A.  On August 11, 2023, the Center for Biological Diversity and Sierra Club filed a petition for review (No. 23-1214) to challenge DOE's new final order.

In its order holding the initial petition for review in abeyance, this Court directed the parties to file motions to govern future proceedings on that petition, (No. 20-1503), after DOE completed its rehearing.  Such motions are due on August 29, 2023.  *See* Order (July 17, 2023).  In accordance with this Court's orders, the parties to both petitions now jointly request that this Court enter an order to govern future proceedings on the petitions as follows.

1.      The parties request that the two petitions (Nos. 20-1503 and 23-1214) be consolidated and that the intervenors in the original case (No. 20-1503) be granted leave to intervene in the consolidated petitions without further motion. The challenged DOE orders grant export authority to Intervenor Alaska LNG Project LLC, and Intervenor AGDC is the developer of project facilities.  Their interests in defending DOE's new final order (DOE/FECM Order No. 3643-C) are identical to their interests in defending DOE's initial order (DOE/FE Order No. 3643-A), for which intervention has already been granted.

2.      The parties request the entry of the following stipulated briefing schedule, utilizing a deferred appendix:

| | |
|---|---|
| Petitioners' opening brief (proof) | December 15, 2023 |
| Respondent's answering brief (proof) | February 14, 2024 |
| Intervenors' answering brief (proof) | February 14, 2024 |
| Reply brief (proof) | March 15, 2024 |
| Joint Appendix | March 22, 2024 |
| Final briefs | March 29, 2024 |

3.      The parties acknowledge that the deadlines set for the additional documents identified in this Court's order of August 22, 2023 (for case No. 23-1214) remain in effect and should apply to the consolidated petitions, but request that further entries of appearance not be required for counsel who have already

appeared in either case, and that the Court accept this motion as notice of the

parties' intent to utilize a deferred appendix for briefing on the consolidated

petitions.

                                        Respectfully submitted,

For Petitioner Sierra Club               For Respondent DOE

 /s/ *Nathan Matthews*                    TODD KIM
NATHAN MATTHEWS                          *Assistant Attorney General*
Sierra Club
2101 Webster Street                       /s/ *John L. Smeltzer*
Suite 1300                               JUSTIN D. HEMINGER
Oakland, CA 94612                        JOHN L. SMELTZER
nathan.matthews@sierraclub.org           *Attorneys*
                                         Environment and Natural Resources Div.
                                         U.S. Department of Justice
                                         Post Office Box 7415
                                         Washington, D.C. 20044
                                         (202) 305-0343
                                         john.smeltzer@usdoj.gov

Date:  August 29, 2023

For Petitioner Center for
Biological Diversity

 /s/ *Erin Colón*
ERIN COLÓN
Earthjustice
441 W 5th Avenue Suite 301
Anchorage, AK 99501
(907) 277-2500
ecolon@earthjustice.org

 /s/ *Moneen Nasmith*
MONEEN NASMITH
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005-2903
(212) 845-7376
mnasmith@earthjustice.org

 /s/ *Ann Jaworski*
ANN JAWORSKI
Earthjustice
311 S. Wacker Dr., Suite 1400
Chicago, IL 60606
(773) 245-0837
ajaworski@earthjustice.org

 /s/ *Jason C. Rylander*
JASON C. RYLANDER
Center For Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
(202) 744-2244
jrylander@biologicaldiversity.org

For Intervenor Alaska Gasline
Development Corporation

 /s/ *Howard Nelson*
Howard Lawrence Nelson
Greenberg Traurig, LLP
2101 L Street, NW Suite 1000
Washington, DC 20037
(202) 331-3100
nelsonh@gtlaw.com
Greenberg Traurig, LLP

 /s/ *Kenneth M. Minesinger*
Kenneth M. Minesinger
Greenberg Traurig, LLP
2101 L Street, NW Suite 1000
Washington, DC 20037
(202) 331-3100
minesingerk@gtlaw.com

For Intervenor Alaska LNG Project LLC

 /s/ *Jennifer Brough*
Jennifer Leigh Flint Brough
Locke Lord LLP
701 8th Street, NW Suite 700
Washington, DC 20001
(202) 220-6900
jbrough@lockelord.com

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains  **458**  words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

 /s/ *John L. Smeltzer*
JOHN L. SMELTZER

Counsel for Respondent
U.S. Department of Energy