# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-1503**            **September Term, 2024**

DOE-FE-14-96-LNG

**Filed On: October 21, 2024** [2081039]

Sierra Club,

    Petitioner

    v.

United States Department of Energy,

    Respondent

------------------------------

Alaska Gasline Development Corporation and
Alaska LNG Project LLC,
          Intervenors

------------------------------

Consolidated with 23-1214

      **BEFORE:**    Circuit Judges Walker and Garcia, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, October 21, 2024 at 9:32 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    Moneen Nasmith, counsel for Petitioner.

    John L. Smeltzer (DOJ), counsel for Respondent.

    Howard Lawrence Nelson, counsel for Intervenors.

                                                  **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                            BY:     /s/
                                        Anne A. Rothenberger
                                        Deputy Clerk