NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 20-1503

───────────────

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────

SIERRA CLUB,
*Petitioner*,

v.

UNITED STATES DEPARTMENT OF ENERGY,
*Respondent*.

───────────────

On Petition for Review of an Order
of the U.S. Department of Energy

───────────────

**STATUS REPORT FOR RESPONDENT
UNITED STATES DEPARTMENT OF ENERGY**

───────────────

TODD KIM
*Assistant Attorney General*
JUSTIN D. HEMINGER
JOHN L. SMELTZER
*Attorneys*
Environment and Natural Resources Division
Of Counsel:                        U.S. Department of Justice
                                   Post Office Box 7415
BETTINA MUMME                      Washington, D.C. 20044
*Attorney*                         (202) 305-0343
Office of the General Counsel      john.smeltzer@usdoj.gov
U.S. Department of Energy

On June 30, 2021, this Court issued an order granting a motion by Respondent U.S. Department of Energy ("DOE") to hold this petition for review in abeyance in light of a rehearing proceeding pending before DOE.  As part of the rehearing proceeding, DOE planned to prepare a Supplemental Environmental Impact Statement ("SEIS") under the National Environmental Policy Act ("NEPA") to consider specified potential impacts of DOE/FE Order No. 3643-A— the order challenged in this petition—which authorized certain exports of liquefied natural gas ("LNG") from facilities to be developed in Alaska.   In its abeyance order, this Court directed DOE to file status reports in 60-day intervals.  The Court also directed the parties "to file motions to govern future proceedings within 30 days of [DOE's] completion of proceedings on rehearing."

DOE's last status report was filed on February 27, 2023.  In that report, DOE advised the Court that the SEIS was complete and that it anticipated publishing a new final order and NEPA record of decision on or before March 30, 2023.  On March 29, 2023, DOE provided notice in its public docket (Docket No. 14-96-LNG) of a short delay in the release of the order.  On April 13, 2023, DOE issued a new final order—DOE/FECM Order No. 3643-C—affirming the conclusions in the prior order (and NEPA record of decision) with one modification to the order. *See* https://www.energy.gov/sites/default/files/2023-04/ord3643-C.pdf.  DOE issued an amended NEPA record of decision as an appendix to that order.

1

Under the Natural Gas Act, any party aggrieved by DOE's new final order may apply for a rehearing within thirty days after the issuance of the order (or by May 15, 2023),[1] 15 U.S.C. § 717r(a). Given that possibility, the present rehearing proceeding is not yet complete for purposes of motions to govern further proceedings in the present case (per this Court's June 30, 2021 abeyance order). DOE's rehearing proceeding will be complete on the earliest of the following dates: (1) on May 15, 2023, if no application for rehearing is filed; (2) on the date DOE denies any timely-filed application for rehearing; or (3) thirty days after the timely filing of an application for rehearing, if DOE does not act on the application (at which time it may be deemed denied by statute). *Id.*; *see also Allegheny Defense Project v. FERC*, 964 F.3d 1, 4-5 (D.C. Cir. 2020). Under this scenario, the latest possible date for completion of the rehearing proceeding (assuming no grant of rehearing within 30 days of any application) would be June 14, 2023.

In accordance with this Court's June 30, 2021 abeyance order, DOE will file a motion to govern further proceedings within 30 days of the earliest of the above dates. DOE will also continue to file status reports if any report comes due before the filing of motions to govern further proceedings.

---

[1] Because the thirtieth day (May 13, 2023) is a Saturday, the time is extended to the following Monday, May 15, 2023. *See* 10 C.F.R. 590.105(a).

Respectfully submitted,

TODD KIM
*Assistant Attorney General*

Of Counsel:

/s/  *John L. Smeltzer*
JUSTIN D. HEMINGER

BETTINA MUMME
*Attorney*
Office of the General Counsel
U.S. Department of Energy

JOHN L. SMELTZER
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044

April 28, 2023
DJ No. 90-13-5-16242

(202) 305-0343
john.smeltzer@usdoj.gov